1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   COURTNEY J. LINN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2738
5
   Attorneys for Plaintiff
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE:                    )   No. Mag. SW-05-0046 PAN
                              )
12       SEARCH WARRANT       )   APPLICATION TO UNSEAL SEARCH
                              )   WARRANT; [PROPOSED] ORDER
13  _____  )

14

15                            APPLICATION

16       On February 22, 2005, this Court issued a search warrant for

17  the captioned matter, and sealed the application and affidavit

18  for search warrant as well as the search warrant.  Presently, the

19  warrant has been executed and there is no longer cause for these

20  documents to remain sealed.  Accordingly, the Government

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

FILED

JUN 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

respectfully requests that the application and search warrant for this matter be unsealed.

DATED: June 1, 2005

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

By: _____
      S. ROBERT TICE-RASKIN
      Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; and (2) the search warrant.

Date: June _3_, 2005

                                          _____
                                          HONORABLE PETER A. NOWINSKI
                                          United States Magistrate Judge

2